IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

                                           ORDER

              Plaintiff,

                                        07-C-500-C

      v.

ELLA SCHREIBER, NERIMAN
SCHREIBER, CLAIRE SCHREIBER
and JOHN SCHREIBER,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In the order entered October 26, 2007, I ordered the defendants to provide verification of the diversity of citizenship of at least two of the defendants. This is not defendants' burden. To clarify the record, this order amends the October 26th order to state that *plaintiff* may have until November 9, 2007, to provide verification of the diversity of citizenship of at least two of the defendants. Plaintiff's failure to comply with this deadline will result in dismissal on the court's own motion for lack of jurisdiction. The order entered

1

October 26, 2007 stands in all other respects.

Entered this 2d day of November, 2007.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge

2